**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BLANCA BEATRIZ TUCUX, | No. 07-73031 |
| Petitioner, | Agency No. A072-536-415 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 14, 2010**

Before:     GOODWIN, WALLACE, and THOMAS, Circuit Judges.

Blanca Beatriz Tucux, a native and citizen of Guatemala, petitions pro se for

review of the Board of Immigration Appeals' ("BIA") order denying her motion to

terminate proceedings.  We have jurisdiction under 8 U.S.C. § 1252.  We review

de novo questions of law and claims of constitutional violations in immigration

---

*     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

**     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

proceedings, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), and we deny the petition for review.

The BIA did not err or violate due process in denying Tucux's motion to terminate where she failed to demonstrate that she filed a timely motion to reopen or an application for suspension of deportation required for relief under the Nicaraguan Adjustment and Central American Relief Act. *See* 8 C.F.R. § 1003.43(e)(1), (2); *see also Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir. 2000) (requiring error and prejudice for a petitioner to prevail on a due process claim).

**PETITION FOR REVIEW DENIED.**